IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lomax, Gwendolyn J | Case Number: 08 B 18525 |
| | Judge: Squires, John H |
| Printed: 11/11/08 | Filed: 7/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,860.00 | |
| Secured: | | 29.01 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2.02 |
| Other Funds: | | 3,828.97 |
| Totals: | 3,860.00 | 3,860.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | First Horizon Home Loans Corp | Secured | 0.00 | 0.00 |
| 2. | Green Tree Acceptance Inc | Secured | 0.00 | 0.00 |
| 3. | Green Tree Acceptance Inc | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 500.00 | 29.01 |
| 5. | First Horizon Home Loans Corp | Secured | 6,200.00 | 0.00 |
| 6. | Green Tree Acceptance Inc | Secured | 2,502.03 | 0.00 |
| 7. | Green Tree Acceptance Inc | Secured | 689.22 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 820.11 | 0.00 |
| 9. | Houston Funding Corp | Unsecured | 540.81 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 9.00 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 30.39 | 0.00 |
| 12. | Unifund CCR Partners | Unsecured | 788.24 | 0.00 |
| 13. | US Bank | Unsecured | 693.95 | 0.00 |
| 14. | American Express | Unsecured | 187.76 | 0.00 |
| 15. | RJM Acquisitions LLC | Unsecured | 9.28 | 0.00 |
| 16. | Beneficial | Unsecured | 1,626.19 | 0.00 |
| 17. | Tri State Adjustment | Unsecured | 214.70 | 0.00 |
| 18. | Asset Acceptance | Unsecured | 1,690.25 | 0.00 |
| 19. | Jefferson Capital Systems LLC | Unsecured | 63.01 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 883.96 | 0.00 |
| 21. | American Express Travel Relate | Unsecured | 79.38 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 128.64 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 223.13 | 0.00 |
| 24. | Jefferson Capital Systems LLC | Unsecured | 63.38 | 0.00 |
| 25. | American Express Travel Relate | Unsecured | 123.82 | 0.00 |
| 26. | Asset Acceptance | Unsecured | 590.56 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lomax, Gwendolyn J | Case Number: 08 B 18525 |
| --- | --- | --- |
| | | Judge: Squires, John H |
| | Printed: 11/11/08 | Filed: 7/18/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Asset Acceptance | Unsecured | 29.30 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 33.38 | 0.00 |
| 29. | Resurgent Capital Services | Unsecured | 818.88 | 0.00 |
| 30. | Portfolio Recovery Associates | Unsecured | 67.39 | 0.00 |
| 31. | Cook County Treasurer | Secured | | No Claim Filed |
| 32. | Account Recovery Service | Unsecured | | No Claim Filed |
| 33. | Advocate MSO Services | Unsecured | | No Claim Filed |
| 34. | Capital One | Unsecured | | No Claim Filed |
| 35. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 36. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 37. | McGrath Clinic SC | Unsecured | | No Claim Filed |
| 38. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 39. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 40. | Enhanced Recovery | Unsecured | | No Claim Filed |
| 41. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 42. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 43. | WFNNB | Unsecured | | No Claim Filed |
| 44. | Trust Receivable Services | Unsecured | | No Claim Filed |
| | | | $ 19,606.76 | $ 29.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 1.34 |
| 6.6% | 0.68 |
| | $ 2.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

